JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CABN 132043)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA  94612
    Telephone: (510) 637-3680
    Kimberly.Briggs@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>           Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> KENNETH HAYES, ) <br> ) <br>           Defendants. ) <br> ) | No. CR-02-0053-01 CRB <br><br> STIPULATION AND ORDER <br> <u>TO CONTINUE SENTENCING HEARING</u> <br><br><br> Date: August 5, 2009 <br> Time: 9:00  a..m. |

    THE PARTIES HEREBY STIPULATE AND REQUEST that the sentencing hearing be continued from August 5, 2009 to September 9, 2009 at 2:15 p.m.

    Government counsel was unexpectedly called out of the office and was unable to respond to the presentence report in a timely manner.  Moreover, both the government and the defense

will be out of the office during most of the month of August.  In the interests of justice, and to allow for continuity of defense and government counsel, the parties jointly request that the time period from August 5, 2009 to September 9, 2009 be excluded from the Speedy Trial Act pursuant to Title 18, U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: August 3, 2009                                              Respectfully submitted,

                                                                                    /s/
                                                                    KIMBERLY M. BRIGGS
                                                                    Assistant United States Attorney

                                                                                    /s/
                                                                    WILLIAM PANZER
                                                                    Attorney for Kenneth Hayes

    I hereby attest that I have authorization to file this document on behalf of those individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed document.

    Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that the continuation is allowed.  The hearing is ORDERED continued from August 5, 2009 to September 9, 2009.

    **IT IS SO ORDERED.**

DATED:                                                              _____
                                                                    CHARLES R. BREYER
                                                                    United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Charles R. Breyer]*